Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email jlr@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Plaintiff Megan E. Klatt
and all others similarly situated*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MEGAN E. KLATT, an individual, on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH, a California corporation; DOES 1-50, unknown individuals; and ROE COMPANIES 1-50, unknown business entities,<br><br>Defendants. | Case No. 2:17-cv-02425-RFB-PAL<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PARTS OF PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Plaintiff Megan E. Klatt ("Plaintiff") and Defendant Dignity Health ("Defendant"), by and through their respective counsel of record, hereby submit this second stipulation to extend the time for Plaintiff to file its Opposition to Defendant's Motion to Dismiss Parts of Plaintiff's Complaint (the "Motion") (Dkt. 4).

## BACKGROUND

A.      On September 25, 2017, Defendant filed the Motion.

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

B.     On October 5, 2017, the Court granted the Parties' stipulated Order continuing the deadline for Plaintiff's Opposition to the Motion from October 9, 2017, to October 23, 2017, and continuing the deadline for Defendant's Reply in Support of the Motion to November 13, 207.

C.     While Plaintiff had anticipated being able to file the Opposition by October 23, 2017, conflicts have arisen that necessitate this additional extension.  In particular, Plaintiff requires additional time to prepare the Opposition as Plaintiff's counsel is still working toward upcoming briefing deadlines in two separate appeals pending before the Nevada Supreme Court. In light of this, Defendant has agreed to Plaintiff's request for an additional two-day continuation of the deadline for the Opposition.

D.     A hearing on the Motion has not yet been set.

## **STIPULATION**

NOW THEREFORE, the parties hereby agree and stipulate as follows:

1.     The deadline for Plaintiff's Opposition to the Motion shall be continued to October 25, 2017; and

///
///
///
///
///
///
///
///
///
///
///
///
///

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

2.     The deadline for Defendant's Reply to Plaintiff's Opposition shall remain as November 13, 2017.

DATED this 23rd day of October 2017.

SEMENZA KIRCHER RICKARD

*/s/ Jarrod L. Rickard*
Lawrence J. Semenza, III, Esq., Bar No. 7174
Christopher D. Kircher, Esq., Bar No. 11176
Jarrod L. Rickard, Esq., Bar No. 10203
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Plaintiff Megan E. Klatt*
*and all others similarly situated*

JACKSON LEWIS P.C.

*/s/ Elayna J. Youchah*
Elayna J. Youchah, Esq., Bar No. 5837
Kirsten A. Milton, Esq., Bar No. 14401
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendant Dignity Health*

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II
United States District Judge

DATED this   24th   day of October 2017.