1  Elayna J. Youchah
   Nevada State Bar No. 5837
2  Kirsten A. Milton
   Nevada State Bar. No. 14401
3  **JACKSON LEWIS P.C.**
   3800 Howard Hughes Pkwy, Suite 600
4  Las Vegas, Nevada 89169
   Tel: (702) 921-2460
5  Email:  youchahe@jacksonlewis.com
   Email:  kirsten.milton@jacksonlewis.com

*Attorneys for Defendant*
*Dignity Health*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MEGAN E. KLATT, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIGNITY HEALTH, a California corporation; DOES 1-50, unknown individuals; and ROE COMPANIES 1-50, unknown business entities,<br><br>Defendants. | Case No. 2:17-cv-02425-RFB-PAL<br><br>**STIPULATION TO SET BRIEFING SCHEDULE FOR MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiff Megan E. Klatt ("Plaintiff") and Defendant Dignity Health ("Defendant"), by and through their respective counsels of record, submit this stipulation setting a briefing schedule arising from Plaintiff's Motion for Partial Summary Judgment ("Plaintiff's Motion") filed on February 12. 2018.

After consulting regarding defense counsel's availability, which includes out of state travel, multiple depositions, and discovery in other cases, all of which was calendared before Plaintiff's Motion was filed, the parties agree to the following briefing schedule for Defendant's Opposition to Plaintiff's Motion, and Plaintiff's Reply in support thereof. Specifically, Defendant shall have through and including March 19, 2018 to file its Opposition to Plaintiff's Motion. Plaintiff shall have through and including April 16, 2018 to file her Reply.

**STIPULATION**

NOW THEREFORE, the parties hereby agree and stipulate as follows:

The deadline for Defendant to file its Opposition to Plaintiff's Motion shall be through and including March 19, 2018.

The deadline for Plaintiff to file her Reply in Support of her Motion shall be through and including April 16, 2018.

This stipulation is offered in good faith and not for purposes of delay.

DATED this 27th day of February, 2018.

                                            SEMENZA KIRCHER RICKARD

                                            */s/ Lawrence J. Semenza III*
                                            Lawrence J. Semenza, III, Esq., Bar No. 7174
                                            Christopher D. Kircher, Esq., Bar No. 11176
                                            Jarrod L. Rickard, Esq., Bar No. 10203
                                            10161 Park Run Drive, Suite 150
                                            Las Vegas, Nevada 89145

                                            *Attorneys for Plaintiff Megan E. Klatt*
                                            *and all others similarly situated*


                                            JACKSON LEWIS P.C.

                                            */s/ Elayna J. Youchah*
                                            Elayna J. Youchah, Esq., Bar No. 5837
                                            Kirsten A. Milton, Esq., Bar No. 14401
                                            3800 Howard Hughes Parkway, Suite 600
                                            Las Vegas, Nevada 89169

                                            *Attorneys for Defendant Dignity Health*


                                            **IT IS SO ORDERED:**

                                            _____
                                            RICHARD F. BOULWARE, II
                                            United States District Judge

                                            DATED this 28th day of February, 2018.