Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email jlr@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Plaintiff Megan E. Klatt
and all others similarly situated*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MEGAN E. KLATT, an individual, on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH, a California corporation; DOES 1-50, unknown individuals; and ROE COMPANIES 1-50, unknown business entities,<br><br>Defendants. | Case No. 2:17-cv-02425-RFB-PAL<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE FOR FILING PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 24)** |

Plaintiff Megan E. Klatt ("Plaintiff") and Defendant Dignity Health ("Defendant"), by and through their respective counsel of record, submit this stipulation to extend the time for Plaintiff to file a Reply in support of her Motion for Partial Summary Judgment (the "Motion") (ECF No. 24).

## BACKGROUND

A. On February 12, 2018, Plaintiff filed her Motion.

B. On or about February 28, 2018, the Court approved the parties Stipulation to Set Briefing Schedule for the Motion (ECF No. 26) (the "Stipulation"). Pursuant to the Stipulation,

1

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

1 Defendant's Response to the Motion was due on March 19, 2018, and Plaintiff's Reply is due on April 16, 2018.

C. On March 19, 2018, Defendant filed its Response (ECF No. 29) to the Motion.

D. Presently, Plaintiff's Reply is due Monday, April 16, 2018.

E. Plaintiff requires additional time to prepare the Reply as Plaintiff's counsel has been occupied with other commitments in unrelated cases. In light of this, Defendant has agreed to Plaintiff's request for a one-week extension of the deadline to file the Reply.

F. The Court has not set a hearing date on the Motion.

### **STIPULATION**

NOW THEREFORE, the parties hereby agree and stipulate that the deadline for Plaintiff's Reply in support of her Motion shall be continued to Monday, April 23, 2018.

DATED this 16th day of April 2018.

SEMENZA KIRCHER RICKARD

*/s/ Lawrence J. Semenza, III*
Lawrence J. Semenza, III, Esq., Bar No. 7174
Christopher D. Kircher, Esq., Bar No. 11176
Jarrod L. Rickard, Esq., Bar No. 10203
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Plaintiff Megan E. Klatt*
*and all others similarly situated*

JACKSON LEWIS P.C.

*/s/ Kirsten A. Milton*
Elayna J. Youchah, Esq., Bar No. 5837
Kirsten A. Milton, Esq., Bar No. 14401
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendant Dignity Health*

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II
United States District Court
DATED this 17th day of April 2018.

2