Elayna J. Youchah
Nevada State Bar No. 5837
Kirsten A. Milton
Nevada State Bar. No. 14401
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
youchahe@jacksonlewis.com
kirsten.milton@jacksonlewis.com

*Attorneys for Defendant*
*Dignity Health*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MEGAN E. KLATT, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIGNITY HEALTH, a California corporation; DOES 1-50, unknown individuals; and ROE COMPANIES 1-50, unknown business entities,<br><br>Defendants. | Case No. 2:17-cv-02425-RFB-PAL<br><br>**STIPULATION TO STAY BRIEFING SCHEDULING ON MOTION FOR PROTECTIVE ORDER**<br><br>**(First Request)** |

Megan Klatt, Plaintiff, and Dignity Health, Defendant (collectively Plaintiff and Defendant are referred to herein as the "Parties"), by and through their respective undersigned counsel, stipulate and agree to stay briefing in and the Court's consideration of Defendant's Motion for Protective Order (ECF No. 40) ("Defendant's Motion"), for a three week period measured from May 18, 2018, which is the due date for Plaintiff's Opposition. The three week stay is requested to allow the Parties to continue discussions toward the goal of eliminating the need for the Court to consider Defendant's Motion. At the conclusion of the stay, the Parties shall submit a stipulation notifying the Court of one of the following: (i) the Parties have reached agreement regarding the issues raised in Defendant's Motion rendering Defendant's Motion moot; (ii) the Parties have not

reached agreement regarding the issues raised in Defendant's Motion resulting in an agreed upon briefing schedule pertaining to all unresolved issues; or (iii) the Parties seek additional time to resolve the issues presented in Defendant's Motion.

On May 16, 2018 the Court issued a minute order scheduling a hearing on the Defendant's Motion for June 12, 2018 at 10:00 a.m. Given the agreement of the Parties as set forth above, it is requested that the Court vacate the scheduled hearing.

This stipulation is submitted in good faith and not for the purpose of delay.

| | |
|---|---|
| DATED this 17th day of May 2018. | DATED this 17th day of May 2018. |
| SEMENZA KIRCHER RICKARD | JACKSON LEWIS P.C. |
| /s/ Lawrence J. Semenza III | /s/ Elayna J. Youchah |
| Lawrence J. Semenza, III, Esq., Bar No. 7174 | Elayna J. Youchah, Esq., Bar No. 5837 |
| Christopher D. Kircher, Esq., Bar No. 11176 | Kirsten A. Milton, Esq., Bar No. 14401 |
| Jarrod L. Rickard, Esq., Bar No. 10203 | 3800 Howard Hughes Parkway, Suite 600 |
| 10161 Park Run Drive, Suite 150 | Las Vegas, Nevada 89169 |
| Las Vegas, Nevada 89145 | |
| *Attorneys for Plaintiff Megan E. Klatt and all others similarly situated* | *Attorneys for Defendant Dignity Health* |

**ORDER**

IT IS HEREBY ORDERED THAT, the briefing schedule and the Court's consideration of Defendant, Dignity Health's Motion for Protective Order (ECF No. 40) shall be stayed through and including June 12. On or before the end of the day on June 8, Plaintiff and Defendant shall submit a stipulation notifying Court that (i) identifies whether ECF No.40 is moot, (ii) provides the Court with a revised briefing schedule on remaining issues presented in Defendant's Motion, or (iii) explains the need for more time to resolve issues addressed by ECF No. 40.

The hearing presently scheduled for June 12, 2018 relating to Defendant's Motion shall be vacated.

UNITED STATES MAGISTRATE JUDGE

DATED: May 18, 2018