Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Plaintiff Megan E. Klatt
And all others similarly situated*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MEGAN E. KLATT, an individual, on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH, a California corporation; DOES 1-50, unknown individuals; and ROE COMPANIES 1-50, unknown business entities,<br><br>Defendants. | Case No. 2:17-cv-02425-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO PROVIDE A STIPULATION TO THE COURT RELATING TO ECF NO. 46** |

Plaintiff Megan E. Klatt ("Plaintiff") and Defendant Dignity Health ("Defendant") (together, the "Parties"), by and through their respective counsel of record, submit this Stipulation and Order to Extend the Deadline to Provide a Stipulation to the Court Relating to ECF No. 46 (the "Stipulation").

This Stipulation is submitted because Plaintiff and Defendant are continuing their attempts to resolve the issues set forth in Defendant's Motion for Protective Order (the "Motion") (ECF No. 40) and believe additional time is needed to do so.

On May 18, 2018 the Court required the Parties, no later than June 8, 2018, to submit a stipulation notifying the Court of one of the following: (i) the Parties have reached agreement

1

regarding the issues in Defendant's Motion rendering Defendant's Motion moot; (ii) the Parties have not reached agreement regarding the issues raised in Defendant's motion resulting in an agreed upon briefing schedule pertaining to all unresolved issues; or (iii) the parties seek additional time to resolve the issues presented in Defendant's Motion (ECF No. 46).

The Parties hereby request an additional two weeks, up to and including June 22, 2018, with which to provide the required stipulation.

This stipulation is submitted in good faith and not for the purpose of delay.

| | |
|---|---|
| DATED this 8th day of June 2018. | DATED this 8th day of June 2018. |
| SEMENZA KIRCHER RICKARD | JACKSON LEWIS P.C. |
| */s/ Lawrence J. Semenza, III* | */s/ Kirsten A. Milton, Esq.* |
| Lawrence J. Semenza, III, Esq., Bar No. 7174 | Elayna J. Youchah, Esq., Bar No. 5837 |
| Christopher D. Kircher, Esq., Bar No. 11176 | Kirsten A. Milton, Esq., Bar No. 14401 |
| Jarrod L. Rickard, Esq., Bar No. 10203 | 3800 Howard Hughes Parkway, Suite 600 |
| 10161 Park Run Drive, Suite 150 | Las Vegas, NV 89169 |
| Las Vegas, Nevada 89145 | |
| *Attorneys for Plaintiff Wynn Las Vegas, LLC* | *Attorneys for Defendant Dignity Health* |

**ORDER**

IT IS HEREBY ORDERED THAT, the briefing schedule and the Court's consideration of Defendant Dignity Health's Motion for Protective Order (ECF No. 40) shall be stayed through and including June 26, 2018. On or before the end of the day on June 22, 2018, Plaintiff and Defendant shall submit a stipulation notifying Court that (i) identifies whether ECF No. 40 is moot, (ii) provides the Court with a revised briefing schedule on remaining issues presented in Defendant's Motion, or (iii) explains the need for more time to resolve issues addressed by ECF No. 40.

UNITED STATES MAGISTRATE JUDGE

DATED: June 11, 2018