UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MEGAN E. KLATT,<br><br>                    Plaintiff,<br>v.<br>DIGNITY HEALTH,<br><br>                    Defendant. | Case No. 2:17-cv-02425-RFB-PAL<br><br>ORDER<br><br>(Stip Susp Disp Ddl – ECF No. 86) |

Before the court is the parties' Stipulation and Order to Suspend Dispositive Motion Deadline Pending Settlement (ECF No. 86). The parties request to "suspend" the April 29, 2019 deadline to file dispositive motions because they have reached a settlement in principle. The court previously gave the parties a 60-day extension of the dispositive motion deadline based on their agreement to conduct a private mediation on February 28, 2019.

The parties' stipulation does not indicate when they expect to finalize their "settlement in principle." The court will not grant an open-ended extension. Accordingly,

**IT IS ORDERED** that the Stipulation to Suspend the Dispositive Motion Deadline Pending Settlement is **GRANTED** to the extent the parties shall have until **May 17, 2019** to either file a stipulation to dismiss if they have settled, or dispositive motions if they have not.

DATED this 10th day of April, 2019.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1