1  Kirsten A. Milton, Bar No. 14401
   Daniel I. Aquino, Bar No. 12682
2  **JACKSON LEWIS P.C.**
   300 South Fourth Street, Suite 900
3  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
4  Fax: (702) 921-2461

5  *Attorneys for Defendant*
   *Dignity Health*

6  Lawrence J. Semenza, III, Bar No. 7174
7  Christopher D. Kircher, Bar No. 11176
   Jarrod L. Rickard, Bar No. 10203
8  10161 Park Run Drive, Suite 150
   Las Vegas, Nevada 89145

9  *Attorneys for Plaintiff*
   *Megan Klatt, on behalf of herself*
10 *and all others similarly situated*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MEGAN KLATT, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIGNITY HEALTH, a California corporation; DOES 1-50, unknown individuals; and ROE COMPANIES 1-50, unknown business entities,<br><br>Defendants. | Case No.: 2:17-cv-02425-RFB-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT DOCUMENTS DEADLINE (Second Request)** |

Plaintiff Megan Klatt ("Plaintiff"), by and through her attorneys of record, and Defendant Dignity Health ("Defendant") (collectively, the "Parties"), by and through its attorneys of record, submit this Stipulation and Order to Continue Settlement Documents Deadline (Second Request) (the "Stipulation").

On February 28, 2019, the Parties participated in a mediation and subsequently reached a settlement in principal. Therefore, on April 5, 2019, the Parties submitted a Stipulation and Order

1  to Suspend Dispositive Motion Deadlines Pending Settlement ("Stipulation to Suspend"),
2  requesting that the dispositive motion deadlines be suspended while the Parties worked diligently
3  to draft and agree upon the requisite settlement documents, ECF No. 86.

4  On April 10, 2019, the Court issued an Order granting the Stipulation to Suspend and
5  directed the Parties to file a stipulation to dismiss or dispositive motions by May 17, 2019, ECF
6  No. 87.

7  On May 16, 2019, the Parties filed a Stipulation and Order to Continue Settlement
8  Documents Deadline (First Request), ECF No. 89, which the Court granted on May 17, 2019,
9  ECF No. 93, because they needed additional time to complete the drafting of the settlement
10 documents given the complexity of the issues and length of documents, including a Joint Motion
11 for Preliminary Approval of Class Action Settlement and the associated Joint Stipulation of
12 Settlement, as well as various documents to be provided to the putative class members, which will
13 require Court approval.

14 Since then, the Parties have continued to work diligently to finalize the settlement papers
15 and have exchanged multiple drafts of the settlement papers. The Parties are close to finalizing
16 those papers, but need a short extension of time to complete the documents. The Parties

anticipate being able to submit the papers for Court approval on or before July 10, 2019. As such, the Parties respectfully request an additional nine (9) days to submit the necessary, up to and including July 10, 2019.

This Stipulation is submitted in good faith and not for the purpose of delay.

DATED: July 1st, 2019   SEMENZA KIRCHER RICKARD

      /s/ Lawrence J. Semenza, III
Lawrence J. Semenza, III, Bar No.7174
Christopher D. Kircher, Bar No. 11176
Jarrod L. Rickard, Bar No. 10203
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145

*Attorneys for Plaintiff, on behalf of herself and all others similarly situated*

DATED: July 1st, 2019   JACKSON LEWIS P.C.

      /s/ Kirsten A. Milton
Kirsten A. Milton, Bar No. 14401
Daniel I. Aquino, Bar No. 12682
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101

*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED this 3rd day of July 2019.