Kirsten A. Milton, Bar No. 14401
Daniel Aquino, Bar No. 12682
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Dignity Health*

Lawrence J. Semenza, III, Bar No. 7174
Christopher D. Kircher, Bar No. 11176
Jarrod L. Rickard, Bar No. 10203
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Plaintiff*
*Megan Klatt, on behalf of herself*
*and all others similarly situated*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MEGAN KLATT, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIGNITY HEALTH, a California corporation; DOES 1-50, unknown individuals; and ROE COMPANIES 1-50, unknown business entities,<br><br>Defendants. | Case No.: 2:17-cv-02425-RFB-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT DOCUMENTS DEADLINE (Third Request)** |

Plaintiff Megan Klatt ("Plaintiff"), by and through her attorneys of record, and Defendant Dignity Health ("Defendant") (collectively, the "Parties"), by and through its attorneys of record, submit this Stipulation and Order to Continue Settlement Documents Deadline (Third Request) (the "Stipulation").

On February 28, 2019, the Parties participated in a mediation and subsequently reached a settlement in principal. Therefore, on April 5, 2019, the Parties submitted a Stipulation and Order to Suspend Dispositive Motion Deadlines Pending Settlement ("Stipulation to Suspend"),

requesting that the dispositive motion deadlines be suspended while the Parties worked diligently to draft and agree upon the requisite settlement documents, ECF No. 86.

On April 10, 2019, the Court issued an Order granting the Stipulation to Suspend and directed the Parties to file a stipulation to dismiss or dispositive motions by May 17, 2019, ECF No. 87.

On May 16, 2019, the Parties filed a Stipulation and Order to Continue Settlement Documents Deadline (First Request), ECF No. 89, which the Court granted on May 17, 2019, ECF No. 93, because they needed additional time to complete the drafting of the settlement documents given the complexity of the issues and length of documents, including a Joint Motion for Preliminary Approval of Class Action Settlement and the associated Joint Stipulation of Settlement, as well as various documents to be provided to the putative class members, which will require Court approval.

On July 1, 2019, the Parties filed a Stipulation and Order to Continue Settlement Documents Deadline (Second Request), ECF No. 95, which the Court granted on July 3, 2019, ECF No. 96, because they needed additional time to complete the drafting of the settlement documents. The settlement papers are currently due on July 10, 2019, ECF No. 96.

Since the last extension was granted, the Parties have continued to work diligently to finalize the settlement papers and have discussed additional changes to the settlement papers, but have been unable to finalize the documents in light of the Fourth of July holiday. As such, the Parties request an additional nine (9) days, through and including July 19, 2019, to complete the documents and submit the papers for Court approval.

This Stipulation is submitted in good faith and not for the purpose of delay.

DATED: July 10th, 2019　　　　　　　　　　　SEMENZA KIRCHER RICKARD

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lawrence J. Semenza, III
　　　　　　　　　　　　　　　　　　　　　Lawrence J. Semenza, III, Bar No.7174
　　　　　　　　　　　　　　　　　　　　　Christopher D. Kircher, Bar No. 11176
　　　　　　　　　　　　　　　　　　　　　Jarrod L. Rickard, Bar No. 10203
　　　　　　　　　　　　　　　　　　　　　10161 Park Run Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89145

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff, on behalf of*
　　　　　　　　　　　　　　　　　　　　　*herself and all others similarly situated*

DATED: July 10th, 2019　　　　　　　　　　　JACKSON LEWIS P.C.

　　　　　　　　　　　　　　　　　　　　　　/s/ Kirsten A. Milton
　　　　　　　　　　　　　　　　　　　　　Kirsten A. Milton, Bar No. 14401
　　　　　　　　　　　　　　　　　　　　　Daniel I. Aquino, Bar No. 12682
　　　　　　　　　　　　　　　　　　　　　300 S. Fourth Street, Suite 900
　　　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89101

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED this 11th day of July 2019.