Lawrence J. Semenza, III, Bar No. 7174
Christopher D. Kircher, Bar No. 11176
Jarrod L. Rickard, Bar No. 10203
**SEMENZA KIRCHER RICKARD**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
ljs@skrlawyers.com
cdk@skrlawyers.com
jlr@skrlawyers.com

*Attorneys for Plaintiff*
*Megan Klatt, on behalf of herself*
*and all others similarly situated*

Kirsten A. Milton, Bar No. 14401
Daniel Aquino, Bar No. 12682
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 891015
Tel: (702) 921-2460
Fax: (702) 921-2461
kirsten.milton@jacksonlewis.com
daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*Dignity Health*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MEGAN E. KLATT, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIGNITY HEALTH, a California corporation; DOES 1-50, unknown individuals; and ROE COMPANIES 1-50, unknown business entities,<br><br>Defendants. | Case No.: 2:17-cv-02425-RFB-BNW<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

The Application for Preliminary Approval of a Class Action Settlement came before this Court, the Honorable  Richard F. Boulware II presiding, on March 11, 2020.  This Court, having considered the papers submitted in support of the application of the parties, HEREBY ORDERS

THE FOLLOWING:

1. This Court grants preliminary approval of the settlement based upon the terms set forth in the Joint Stipulation of Settlement and Release between Plaintiff and Defendant (the "Settlement") attached as Exhibit 1 to the Amended Joint Motion for Preliminary Approval of Class Action Settlement. The Settlement appears to be fair, adequate and reasonable to the Class.

2. The Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the final fairness hearing and final approval by this Court.

3. A final fairness hearing on the question of whether the proposed Settlement, the attorneys' fees to Class Counsel, the awards to the Class Representative and four Class Members identified has having raised concerns, and payments to members of the Class are finally approved as fair, reasonable and adequate is scheduled in accordance with the schedule set forth below.

4. This Court approves, as to form and content: (i) the Notice of Pendency of Class Action and Proposed Settlement, and Hearing Date for Final Court Approval of Settlement ("Notices of Pendency of Class Action"), in substantially the form attached to the Stipulation of Settlement as Exhibit C; (ii) the Claim and Consent Form, in substantially the form attached thereto as Exhibit A; and (iii) the Exclusion Form, in substantially the form attached thereto as Exhibit D. This Court approves the procedure for Class Members to participate in, to opt out of and to object to, the Settlement as set forth in the Notices of Pendency of Class Action.

5. This Court directs the mailing of the Notices of Pendency of Class Action, Claim and Consent Form, and the Exclusion Form by first class mail to the Class Members in accordance with the Stipulation of Settlement and the schedule set forth below. This Court finds the dates selected for the mailing and distribution of the Notices of Pendency of Class Action, Claim and Consent Form, and the

Exclusion Form, as set forth in the schedule, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

6. It is ordered that the Settlement Class (as defined in the Stipulation of Settlement) is preliminarily certified for settlement purposes only.

7. This Court confirms Plaintiff Megan Klatt as Class Representative and Semenza Kircher Rickard as Class Counsel.

8. This Court confirms Class Action Administrator, as CPT Group., Inc.

9. To facilitate administration of the settlement pending final approval, this Court hereby enjoins Plaintiff and all Class Members from filing or prosecuting any claims, suits or administrative proceedings (including filing claims with the Nevada Office of the Labor Commissioner and the U.S. Department of Labor) regarding claims released by the Settlement unless and until such Class Members have filed valid Requests for Exclusion with the Claims Administrator and the time for filing exclusions with the Claims Administrator has elapsed.

10. This Court orders the following **schedule** for further proceedings:

|    |                                                                                                                                                                            |                |
| -- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | -------------- |
| a. | Deadline for the Parties to sign the Settlement Agreement                                                                                                                  | April 17, 2020 |
| b. | Deadline for Defendant to Submit Class Member Information to Claims Administrator                                                                                          | May 4, 2020    |
| c. | Deadline for Claims Administrator to Mail the Notices of Pendency of Class Action, Claim and Consent Form, and Exclusion Form to Class Members                             | May 15, 2020   |
| d. | Deadline for Class Members to Postmark or submit Exclusion Forms and Claim and Consent Forms electronically through the website www.klattdignityhealth.com                 | August 7, 2020 |
| e. | Deadline for Receipt by Court and Counsel of any Objections to                                                                                                             | August 7, 2020 |

|   |   |   |
|---|---|---|
|   | Settlement |   |
| f. | Deadline for Class Counsel to file Motion for Final Approval of Settlement, Attorneys' Fees, Costs, and Enhancement Award | August 10, 2020 [15 calendar days before Final Approval Hearing] |
| g. | Deadline for Class Counsel to File Declaration from Claims Administrator of Due Diligence and Proof of Mailing | August 10, 2020 [15 calendar days before Final Approval Hearing] |
| h. | **Final Fairness Hearing and Final Approval** | August 25, 2020 at 2:00 PM in lV Courtroom 7C. |
| i. | Deadline for Defendant to deposit the Net Settlement Amount into an escrow account set up by the Claims Administrator | September 4, 2020 [10 days after the Final Fairness and Final Approval hearing] |
| j. | Deadline for Claims Administrator to mail the Settlement Awards and the Enhancement Awards, and to wire transfer the Attorneys' Fees and Costs (if Settlement is Effective) | [30 calendar days after Effective Date] |

**IT IS SO ORDERED.**

Dated:  April 3, 2020

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE