AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Megan E. Klatt,

          Plaintiff,

v.

Dignity Health,

          Defendant.

JUDGMENT IN A CIVIL CASE FOR ATTORNEY'S FEES

Case Number: 2:17-cv-02425-RFB-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that attorneys fees are awarded in favor of Class Counsel in the amount of $310,000.00.

8/27/2020
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk